Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

_____ Division

LaTawnya D. Cowan
_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Nebraska Department of
Health and Human Svcs
_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ___8:26 cv 124___
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 MAR 25 PM 2:57
OFFICE OF THE CLERK

## COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | LaTawnya Cowan |
| Street Address | 1310 Westloop Place #151 |
| City and County | Manhattan, Riley |
| State and Zip Code | Kansas 66502 |
| Telephone Number | (719) 205-7173 |
| E-mail Address | COWANL594@Yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name     Steve Conti, Director NE Dept of Health and Human Svcs

    Job or Title *(if known)*     Director - NEDHHS

    Street Address     2115 State Capitol

    City and County     Lincoln, Lancaster

    State and Zip Code     NE, 68509

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name     Shannon Grotrian

    Job or Title *(if known)*     NEDHHS Financial Assistance Dir.

    Street Address     301 Centennial Mall S.

    City and County     Lincoln, Lancaster

    State and Zip Code     NE 68508

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name     Nicole Eagan

    Job or Title *(if known)*     NEDHHS Supervisor

    Street Address     301 Centennial Mall S.

    City and County     Lincoln, Lancaster

    State and Zip Code     NE, 68508

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name     Jennifer Lloyd

    Job or Title *(if known)*     Caseworker - NEDHHS

    Street Address     301 Centennial Mall S.

    City and County     Lincoln, Lancaster

    State and Zip Code     NE, 68508

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

ADA, VAWA, Civil Rights Act, 42 USC 1983
USDA - ADA policy, US-DHHS-ADA policy, UCCJEA

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* LaTawnya Cowan , is a citizen of the State of *(name)* OA .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A ,

and has its principal place of business in the State of *(name)* N/A

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* Eagan, Canti, Grotrian , is a citizen of the State of *(name)* NE . Or is a citizen of

*(foreign nation)* N/A

Page 3 of 5

     b.    If the defendant is a corporation

The defendant, *(name)* _____ N/A _____ , is incorporated under the laws of the State of *(name)* _____ N/A _____ , and has its principal place of business in the State of *(name)* _____ N/A _____ .
Or is incorporated under the laws of *(foreign nation)* _____ N/A _____ , and has its principal place of business in *(name)* _____ N/A _____ .



*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

a) $12 million
b) See attached prayer for relief



## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See 5 pg attached claims for relief and typed civil complaint

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

— See attached Claims / Civil Complaint
5 pgs Total

See attachment / 5 pgs

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/23/26

Signature of Plaintiff

Printed Name of Plaintiff     LaTawnya D Cowen

### B.     For Attorneys

Date of signing:     N/A

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

COWAN v. NE-DHHS
Section ___III___

-lUNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

LaTawnya Cowan
1310 Westloop Place #151
Manhattan, KS 66502
Plaintiff,

v.

Nebraska Department of Health and Human Services
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509

and

State of Nebraska
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509

Defendants.

Case No.: _____

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, DAMAGES, AND OTHER
RELIEF

Plaintiff LaTawnya Cowan ("Plaintiff"), proceeding pro se, brings this civil action against the
Nebraska Department of Health and Human Services ("NDHHS") and the State of Nebraska
("State"), and alleges as follows:

---

I. JURISDICTION AND VENUE

1. This action arises under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.;
Section 504 of the Rehabilitation Act, 29 U.S.C. § 794; the Violence Against Women Act
(VAWA) confidentiality and nondiscrimination provisions; the Social Security Act; and the Due
Process Clause of the Fourteenth Amendment, enforceable through 42 U.S.C. § 1983.
2. Jurisdiction is proper under 28 U.S.C. §§ 1331, 1343, and 1367.

3. Venue is proper in this District under 28 U.S.C. § 1391(b) because the events giving rise to this complaint occurred in Nebraska and the Defendants reside in Nebraska.

---

II. PARTIES

1. Plaintiff LaTawnya Cowan is a blind, mobility-impaired adult with a chronic terminal illness, Spinal Muscular Atrophy, and additional severe disabilities. Plaintiff receives Supplemental Security Income (SSI) for the blind, and the Social Security Administration has declared her permanently disabled.

2. Plaintiff relocated from Oceanside, California to Lincoln, Nebraska under a HUD Violence Against Women Act (VAWA) Safe Transfer Plan, and became a resident of Lincoln, Nebraska while participating in the Mainstream Housing Choice Voucher Program through the Lincoln Housing Authority.

3. Defendant Nebraska Department of Health and Human Services (NDHHS) is a state agency responsible for administering SNAP, Medicaid, TANF, disability-related services, and other federally funded programs.

4. Defendant State of Nebraska is responsible for ensuring its agencies comply with federal disability rights laws, VAWA, and due process requirements.

---

III. FACTUAL ALLEGATIONS

1. Plaintiff appropriately applied for SSI-related Medicaid, SNAP food benefits, non-medical transportation, emergency assistance, and child-only TANF/SNAP benefits for her three minor children.

2. Plaintiff requested a reasonable accommodation that her EBT/SNAP benefits be separated from her children's benefits because:• She has a physician-prescribed medical diet required for her terminal illness.

• She must eat within 15 minutes of taking life-sustaining medication.

• Her children have court-ordered visitation in another state and require their own EBT card during those periods.

3. NDHHS was fully aware of Plaintiff's disabilities, medical needs, and blindness. Plaintiff is a client of Nebraska State Services for the Blind, and Rehabilitation Specialist Jan Brandt repeatedly warned NDHHS that it was violating disability law and had a legal obligation to accommodate Plaintiff.

4. Plaintiff was receiving services from True North Domestic Violence Services, Willow Domestic Violence Services, the Stop Human Trafficking Coalition, and the Friendship Home, none of which had accessible rooms for a blind, mobility-impaired adult with a 24-hour caregiver.

NDHHS knew Plaintiff required safe, accessible motel placement as the least restrictive environment.

5. NDHHS illegally imposed minimum residency requirements on Plaintiff, despite:

• VAWA prohibiting such requirements for survivors fleeing abuse.
• Federal SNAP and TANF rules prohibiting residency barriers for migrant families and domestic violence survivors.

1. NDHHS attempted to coerce Plaintiff into dropping an ADA complaint by threatening her SNAP benefits.
2. NDHHS refused to provide:

• Plain-language or alternative-format notices required for blind applicants.
• Assistive technology, including ZoomText Fusion and Dragon NaturallySpeaking.
• Qualified disability assistance to complete required forms.
• Communication with Plaintiff's court-appointed guardian ad litem, despite being repeatedly notified that Plaintiff is judicially and mentally incompetent under orders from courts in Shawnee, El Paso, and San Diego Counties.

1. NDHHS never sent required Requests for Information, Notices of Intentional Program Violation, or disability-related reconsideration conferences to Plaintiff or her guardian, violating USDA regulations.
2. NDHHS imposed sanctions, overpayments, and adverse actions based on:

• Fabricated violations,
• Misapplication of simplified reporting rules for SSI recipients,
• Failure to accommodate Plaintiff's disabilities,
• Failure to follow federal SNAP and Medicaid regulations.

1. The hearings officer conspired with NDHHS to order Plaintiff to turn over her SSI for the blind, in violation of the Social Security Act and federal regulations prohibiting states from seizing SSI benefits.
2. NDHHS falsely accused Plaintiff of faking her disabilities and forced her to pay for transportation, hotel costs, and a fourth medical examination to "prove" disabilities already documented by SSA and multiple courts.
3. NDHHS terminated Plaintiff's benefits without notice, without alternative format communication, and without serving her guardian, then sent volumes of inaccessible mailings ex parte, further violating due process.

4. Defendants' actions constitute a pattern of discrimination, retaliation, abuse of process, and civil conspiracy spanning more than a decade.

---

IV. CLAIMS FOR RELIEF

COUNT I – Violation of the Americans with Disabilities Act (ADA Title II)

Failure to provide reasonable accommodations; discrimination based on disability; refusal to provide accessible formats; retaliation.

COUNT II – Violation of Section 504 of the Rehabilitation Act

Discrimination in federally funded programs; failure to provide auxiliary aids and services.

COUNT III – Violation of the Violence Against Women Act (VAWA)

Imposition of prohibited residency requirements; retaliation; breach of confidentiality; denial of safe housing accommodations.

COUNT IV – Violation of the Social Security Act and Federal SNAP/TANF Regulations

Illegal seizure of SSI benefits; improper sanctions; failure to follow simplified reporting rules; failure to communicate with guardian.

COUNT V – Fourteenth Amendment Due Process Violations (42 U.S.C. § 1983)

Termination of benefits without notice; ex parte communications; failure to serve guardian; coercion and retaliation.

COUNT VI – Abuse of Process and Civil Conspiracy

Fabricated violations; intentional harassment; coordinated actions to deprive Plaintiff of rights.

---

V. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

1. Declare that Defendants violated the ADA, Rehabilitation Act, VAWA, Social Security Act, and Plaintiff's constitutional rights.

2. Issue injunctive relief requiring Defendants to provide all required disability accommodations.

3. Order reinstatement of all improperly terminated benefits.

4. Order correction of all improper sanctions, overpayments, and adverse actions.

5. Award compensatory damages for emotional distress, harm, and financial losses.

6. Award punitive damages as permitted by law.

7. Award costs and any other relief the Court deems just and proper.

---

VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

---

Respectfully submitted,

/s/ LaTawnya Cowan
1310 Westloop Place #151
Manhattan, KS 66502
Plaintiff, Pro S

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
LaTawnya D. Cowan

**(b)** County of Residence of First Listed Plaintiff  San Diego CA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
1310 Westloop Place #151
Manhattan KS 66502

## DEFENDANTS
NE Dept of Health or Human Svcs
Lancaster NE

County of Residence of First Listed Defendant  Lancaster NE
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
301 Centennial Mall, South
Lincoln NE 68508

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [X] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [X] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

RECEIVED
MAR 25 2026
CLERK
U.S. DISTRICT COURT

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
USDA ADA policy, ADA, 42 USC 1983, VAWA
Brief description of cause:
Agency Discrimination against disabled

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $  12 million

CHECK YES only if demanded in complaint:
JURY DEMAND:  [X] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE  3-23-26

SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY
RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



COWAN
—7173
YA COWAN
WESTLOOP PL
NHATTAN  KS 66502 — 2842

**1 LBS**          **1 OF 1**

DWT: 12,10,1

SHIP TO:
OFFICE OF THE CLERK
R L H COURTHOUSE
STE 1152
111 S 18TH PLZ
**OMAHA  NE  68102 — 2077**

**NE 681 9 — 01**

**UPS 3 DAY SELECT**       **3**
TRACKING #: 1Z 5AR 027 12 3124 4986

**BILLING: P/P**

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control
customs purposes. If exported shipper certifies that the commodities are exported from the US in accordance with the Export Administration
Regulations. Diversion contrary to law is prohibited.
RRD K 0325

P:SOUTH3 S: BBLUE   1:317
323 — 2229
OMAHA NE 68102
STE 1152
111 S 18TH PLZ
R L H COURTHOUSE

RECEIVED
MAR 2 5 2026
CLERK
U.S. DISTRICT COURT